■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LINDA TEEKAH, Also Known as LYNDA TEEKAH, Appellant. [699

NYS2d 688] —Judgment, Supreme Court, New York County (Harold Rothwax, J.), rendered May 3, 1995, convicting defendant, upon her plea of guilty, of grand larceny in the second degree, and sentencing her to a term of 7½ to 15 years, unanimously modified, as a matter of discretion in the interest of justice, to the extent of reducing the sentence to a term of 6 to 12 years, and otherwise affirmed.

We find the sentence excessive to the extent indicated. Concur—Rosenberger, J. P., Williams, Tom, Mazzarelli and Buckley, JJ.